UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GREGORY STEVEN BETTS,<br><br>             Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,<br><br>             Defendant. | CASE NO. 3:16-cv-05570 JRC<br><br>ORDER GRANTING MOTION FOR STIPULATED REMAND |

      This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local Magistrate Judge Rule MJR 13. (*See also* Notice of Initial Assignment to a U.S. Magistrate Judge and Consent Form, Dkt. 6; Consent to Proceed Before a United States Magistrate Judge, Dkt. 9) This matter is before the Court on defendant's stipulated motion to remand the matter to the Acting Commissioner for further consideration (Dkt. 18.)

      After reviewing defendant's stipulated motion and the remaining record, the Court grants defendant's motion, and reverses and remands this matter to the Acting Commissioner.

1   On remand, based on the parties' stipulation, the Administrative Law Judge (ALJ) shall hold a de novo hearing and issue a new decision.  The ALJ shall re-consider the opinions of Donald D. Ramsthel, M.D. and Gary Gaffield, D.O. and state the weight given to their opinions.

Given the facts and the parties' stipulation, the Court hereby orders that the case be **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g).

Dated this 22nd day of November, 2016.

_____
J. Richard Creatura
United States Magistrate Judge